IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ELIZABETH PHILLIPS,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **CITY OF RUSK, TEXAS,** § <br> § <br> **Defendant.** § | **CIVIL ACTION NO. 6:23-CV-00077-JDL** |

**FINAL JUDGMENT**

A jury trial regarding Plaintiff Elizabeth Phillips's claims against Defendant the City of Rusk, Texas commenced on June 3, 2024. After two days of trial, at the close of evidence, the court granted Defendant's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) as to Plaintiff's Family and Medical Leave Act (FMLA) retaliation claim. Thereafter, the jury reached and returned its unanimous verdict on June 4, 2024 finding that Plaintiff did not prove by a preponderance of the evidence that Defendant the City of Rusk, Texas discharged her because of her pregnancy in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended by the Pregnancy Discrimination Act (PDA). (Doc. No. 54.) Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court **ENTERS JUDGMENT** as follows:

1. Plaintiff's FMLA retaliation claim against Defendant the City of Rusk, Texas is **DISMISSED** with prejudice pursuant to the court's directed verdict.

2. Plaintiff's Title VII pregnancy discrimination claim against the Defendant the City of Rusk, Texas is **DISMISSED** with prejudice pursuant to the jury's rendered unanimous verdict.

Any and all post-judgment motions, including those for fees and costs, shall be timely filed in accordance with the Federal Rules of Civil Procedure from the date of entry of this judgment. Any and all pending motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 5th day of June, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE